| 1. Person Reporting (last name, first, middle initial) WRIGHT, SUSAN W. | 2. Court or Organization EASTERN DISTRICT OF ARKANSAS | 3. Date of Report 04/28/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. DISTRICT JUDGE (Senior) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
600 W. CAPITOL AVE., SUITE 522
LITTLE ROCK, AR 72201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | FOUR (4) FAMILY TRUSTS |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ELAN | CREDIT CARD - REVOLVING CREDIT | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA/CREF-1 S403(b) | D | Interest | M | T | Distributed (part) | 02/01/14 | K | | |
| 2. Simmons Bank Account (formerly Metropolitan Bank) | A | Interest | K | T | | | | | |
| 3. Family Trust 1 (MSDW 08991)HMEB | B | Int./Div. | L | T | | | | | |
| 4. - Alerian | | | | | Sold | 10/31/14 | J | A | |
| 5. - Gug BLT 2018 Corp | | | | | Sold | 12/04/14 | J | A | |
| 6. - Guggenheim Bullershr 2017 CBE (BSCH) | | | | | Sold | 11/19/14 | J | | |
| 7. - Guggenheim Bulletshares 2015 (BSJF) | | | | | | | | | |
| 8. - Guggenheim Enhanced Short Dura (GSY) | | | | | | | | | |
| 9. | | | | | Sold (part) | 01/06/14 | J | | |
| 10. | | | | | Buy (add'l) | 02/10/14 | J | | |
| 11. | | | | | Sold (part) | 03/13/14 | J | A | |
| 12. | | | | | Sold | 08/18/14 | J | | |
| 13. - IShares Silver Trust (SLV) | | | | | Sold | 07/08/14 | J | | |
| 14. - IShares S&P 500 Growth ETF | | | | | Sold (part) | 06/06/14 | J | A | |
| 15. - IShares S&P 500 Value Index | | | | | Sold (part) | 06/06/14 | J | A | |
| 16. - IShares S&P Midcap 400 Index | | | | | Sold (part) | 06/06/14 | J | A | |
| 17. - IShares S&P Smallcap 600 Index | | | | | Sold | 11/05/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Powershares DB Comm Trk Inc. | | | | | Sold (part) | 06/06/14 | J | | |
| 19. | | | | | Sold | 11/05/14 | J | | |
| 20. - SPDR DJ Wilshire Global REA | | | | | Sold | 11/05/14 | J | A | |
| 21. - Vanguard FTSE Emrg Mkts | | | | | Sold (part) | 07/24/14 | J | A | |
| 22. | | | | | Sold | 09/25/14 | J | | |
| 23. - Vanguard European MSCI ETF (VGK) | | | | | Sold | 11/06/14 | J | A | |
| 24. - Vanguard Div. Apprec. (VIG) | | | | | | | | | |
| 25. - Oppenheimer Dev. Mkts Y (ODVYX) (mutual funds) | | | | | Sold | 11/05/14 | J | A | |
| 26. - Pimco Unconstrained Bond P (PUCPX) (mutual funds) | | | | | Sold (part) | 01/23/14 | J | A | |
| 27. | | | | | Sold (part) | 01/28/14 | J | A | |
| 28. | | | | | Buy (add'l) | 06/06/14 | J | | |
| 29. | | | | | Sold (part) | 09/25/14 | J | A | |
| 30. | | | | | Sold | 11/05/14 | J | | |
| 31. - Thornburg Intl Val (TGVIX) (mutual funds) | | | | | Sold | 11/05/14 | J | A | |
| 32. - Virtus Multi Sect Sht Trm BDI (PIMSX) | | | | | | | | | |
| 33. - Wisdomtree Div. Top 100 (DTN) | | | | | | | | | |
| 34. - Wisdomtree Equity Income Fds | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - WISDOMTREE TRUST EMRG MKT EQT (DEM) | | | | | Sold | 11/05/14 | J | | |
| 36. - ISHARES MSCI ASIA EX-JAPAN ETF (AAXJ) | | | | | Sold | 11/06/14 | J | A | |
| 37. - ISHARES MSCI EAFE SM CAP ETF (SCZ) | | | | | Sold | 10/10/14 | J | A | |
| 38. - ISHARES MSCI EMU ETF (EZU) | | | | | Sold | 11/06/14 | J | | |
| 39. - ISHARES MSCI JAPAN ETF (EWJ) | | | | | Sold | 11/06/14 | J | | |
| 40. - WISDOMTREE TRUST JAPN HEDGE EQ (DXJ) | | | | | Sold | 11/06/14 | J | A | |
| 41. - FIRST TRUST CAP GROWTH (FNY) | | | | | Buy | 11/12/14 | J | | |
| 42. - FIRST TRUST NORTH AMERICAN E (EMLP) | | | | | Buy | 10/31/14 | J | | |
| 43. - FIRST TRUST DORSEY WRIGHT FO (FV) | | | | | Buy | 11/07/14 | J | | |
| 44. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 45. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 46. - FIRST TRUST DW FOCUS 5 INTL (IFV) | | | | | Buy | 11/07/14 | J | | |
| 47. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 48. | | | | | Sold (part) | 12/19/14 | J | | |
| 49. - GUGGENHEIM S&P 500 EQU WEIGHT | | | | | Buy | 07/25/14 | J | | |
| 50. | | | | | Sold | 11/06/14 | J | A | |
| 51. - ISHARES IBOXX $ H/Y COR BD ETF | | | | | Buy | 09/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 11/20/14 | J | | |
| 53. - ISHARES RUSSELL 2000 GROWTH ETF (IWO) | | | | | Buy | 11/14/14 | J | | |
| 54. - SPDR CAPITAL BUILD AMER (BABS) | | | | | Buy | 11/12/14 | J | | |
| 55. - SPDR BARCLAYS CAPITAL LONG TER (TLO) | | | | | Buy | 11/12/14 | J | | |
| 56. - SPDR BARCLAYS CAPITAL L/T CR BND (LWC) | | | | | Buy | 11/12/14 | J | | |
| 57. - SPDR NUVEEN BARCLAYS CAPITAL M (TFI) | | | | | Buy | 11/12/14 | J | | |
| 58. - ALLIANCEBER SEL US LG/SHT ADV (ASYLX) (X) | | | | | Sold | 12/10/14 | J | A | |
| 59. Brokerage Acct. WF7-2943 (IRA) | D | Int./Div. | N | T | | | | | |
| 60. - IShares Core S&P Midcap ETF | | | | | Sold (part) | 01/09/14 | J | B | |
| 61. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 62. | | | | | Sold (part) | 06/03/14 | J | B | |
| 63. - Money Market - Wells Fargo | | | | | | | | | |
| 64. - Altria Group Inc | | | | | | | | | |
| 65. - Apple Inc. | | | | | | | | | |
| 66. - AT & T Inc | | | | | Sold | 01/09/14 | J | A | |
| 67. - IShares IBOXX $ Yld Etf Corporate Bond Fund | | | | | Buy (add'l) | 01/09/14 | J | | |
| 68. - IShares S&P US Preferred Stock | | | | | Buy (add'l) | 01/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 70. - IShares Core S&P Smallcap | | | | | Buy (add'l) | 01/09/14 | J | | |
| 71. | | | | | Sold (part) | 05/05/14 | J | C | |
| 72. | | | | | Sold (part) | 06/03/14 | J | B | |
| 73. - Invesco Real Estate Fd Class Y (mutual fund) | | | | | Sold | 01/09/14 | J | | |
| 74. - Western Asset Income Fd. (mutual fund) | | | | | Sold (part) | 05/05/14 | J | | |
| 75. | | | | | Sold (part) | 06/03/14 | J | | |
| 76. - ENERGY SELECT ETF SECTOR SPDR | | | | | | | | | |
| 77. - FINANCIAL SELECT ETF SECTOR SPDR | | | | | | | | | |
| 78. - INDUSTRIAL SELECT ETF SECTOR SPDR | | | | | | | | | |
| 79. - ISHARES MSCI BELGIUM ETF CAPPED | | | | | Sold | 01/09/14 | J | A | |
| 80. - PIMCO ETF 1-5 YR US TIPS INDEX | | | | | Sold | 05/05/14 | J | | |
| 81. - SECTOR SPDR TR TECHNOLOGY SELECT SECTOR | | | | | | | | | |
| 82. - SELECT SECTOR SPDR FD HEALTHCARE | | | | | | | | | |
| 83. - SELECT SECTOR SPDR FD CONSUMER DISCRETIONARY | | | | | | | | | |
| 84. - SPDR EURO STOXX 50 ETF | | | | | Buy (add'l) | 01/06/14 | J | | |
| 85. | | | | | Buy (add'l) | 06/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - SPDR NUVEEN BARCLAYS ETF SHORT TERM MUNI BD | | | | | Sold | 01/09/14 | K | A | |
| 87. - VANGUARD FTSE DEVELOPED MARKETS ETF | | | | | | | | | |
| 88. - VANGUARD SHORT TERM ETF CORP BD | | | | | Sold (part) | 01/09/14 | J | | |
| 89. | | | | | Sold (part) | 05/05/14 | K | | |
| 90. - NORTHERN LTS FD TR III GOOD HARBOR US TACTICAL CORE FUND CL I | | | | | Sold (part) | 01/09/14 | J | A | |
| 91. | | | | | Sold (part) | 05/05/14 | K | A | |
| 92. | | | | | Sold | 08/29/14 | K | | |
| 93. - OPPENHEIMER SENIOR FLOATING RATE FD CL Y | | | | | Buy (add'l) | 01/09/14 | J | | |
| 94. - AMERICAN AIRLINES GROUP INC | | | | | Buy | 09/11/14 | J | | |
| 95. - CITRIX SYSTEMS INC | | | | | Buy | 01/09/14 | J | | |
| 96. | | | | | Sold (part) | 05/27/14 | J | A | |
| 97. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 98. | | | | | Sold | 06/20/14 | J | A | |
| 99. - FORD MOTOR COMPANY | | | | | Buy | 01/09/14 | J | | |
| 100. - GILEAD SCIENCES INC | | | | | Buy | 05/27/14 | J | | |
| 101. | | | | | Sold | 06/03/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Buy | 06/20/14 | J | | |
| 103. - ISHARES MSCI NETHERLANDS | | | | | Buy | 03/05/14 | J | | |
| 104. | | | | | Sold | 05/05/14 | J | | |
| 105. | | | | | Buy | 06/03/14 | J | | |
| 106. | | | | | Sold | 08/12/14 | J | | |
| 107. - ISHARES MSCI UNITED KINGDOM | | | | | Buy | 08/12/14 | J | | |
| 108. - ISHARES IBOXX& INVESTMENT GRADE CORP BD | | | | | Buy | 05/05/14 | K | | |
| 109. - ISHARES MSCI MALAYSIA | | | | | Buy | 01/09/14 | J | | |
| 110. | | | | | Sold | 03/05/14 | J | A | |
| 111. | | | | | Buy | 05/05/14 | J | | |
| 112. | | | | | Sold | 06/03/14 | J | | |
| 113. - METLIFE INC | | | | | Buy | 01/09/14 | J | | |
| 114. - PIMCO TOTAL RETURN | | | | | Buy | 01/09/14 | K | | |
| 115. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 116. | | | | | Sold (part) | 06/03/14 | J | A | |
| 117. - SELECT SECTOR SPDR FD MATERIALS | | | | | Buy | 01/09/14 | J | | |
| 118. WA Brok.Acct.6 (2931) (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. - Wells Fargo Bank Co. Money Mkt. Acct. | A | Interest | J | T | | | | | |
| 120. - Guggenheim Build America Bonds Managed Duration Trust | A | Dividend | J | T | | | | | |
| 121. - University AR Univ Revs Various Fac-Fayetteville Ser A B/E OID 5.0% | A | Interest | J | T | | | | | |
| 122. - University Cent AR Rev Rfdg Stdnt Fee Ser B B/E CPN 3.25%, 9/1/23 | A | Interest | J | T | | | | | |
| 123. - Nuveen Select Tax Free Income Port 2 SBI | A | Dividend | J | T | | | | | |
| 124. - Voya SmartDesign Variable Annuity (Formerly ING USA Annuity & Life) | A | Interest | K | T | | | | | |
| 125. - WATSON CHAPEL AR SCH DIST 24 CONSTR G/O LTD CPN 4.25%, 6/1/40 | A | Interest | K | T | | | | | |
| 126. - AT&T INC | A | Dividend | K | T | Buy | 07/01/14 | K | | |
| 127. - DILLARDS CAP TR I 7.5%, 8/1/38 | A | Interest | K | T | Buy | 07/01/14 | J | | |
| 128. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 129. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 130. - GENERAL ELECTRIC COMPANY | A | Dividend | K | T | Buy | 07/01/14 | K | | |
| 131. - GOLDMAN SACHS MLP ENERGY RENAISSANCE FD | A | Distribution | J | T | Buy | 09/26/14 | K | | |
| 132. WF Brok. Acct. 9 IRA 3S (4811)(SWW) | D | Int./Div. | N | T | | | | | |
| 133. - Ace Limited | | | | | Sold | 01/10/14 | J | A | |
| 134. - Allstate Corp. | | | | | Sold | 02/28/14 | J | B | |
| 135. - AT & T Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. - Citigroup Inc New | | | | | Sold | 06/03/14 | J | A | |
| 137. - CVS HEALTH CORPORATION (formerly CVS Caremark Corp) | | | | | Buy (add'l) | 06/04/14 | J | | |
| 138. - Global Payments Inc | | | | | Sold (part) | 01/09/14 | J | A | |
| 139. | | | | | Sold (part) | 11/25/14 | J | A | |
| 140. - Hartford Finl Svcs Group Inc | | | | | | | | | |
| 141. - Ingersoll-Rand PLC Shares | | | | | | | | | |
| 142. - Johnson & Johnson | | | | | Sold | 02/18/14 | J | A | |
| 143. - Liberty Interactive Corp | | | | | Sold | 09/26/14 | J | B | |
| 144. - MGM Resorts International | | | | | Sold (part) | 12/18/14 | J | A | |
| 145. - Marathon Oil Corp. | | | | | Sold | 01/31/14 | J | A | |
| 146. - Mondelez Intl Inc | | | | | Sold | 10/02/14 | J | A | |
| 147. - Pfizer Inc. | | | | | Sold (part) | 02/20/14 | J | B | |
| 148. - RF Micro Devices Inc | | | | | Sold (part) | 01/29/14 | J | A | |
| 149. | | | | | Sold | 02/24/14 | J | A | |
| 150. - US Bancorp New | | | | | Buy (add'l) | 02/28/14 | J | | |
| 151. | | | | | Sold (part) | 07/10/14 | J | A | |
| 152. - McKesson Corp Sr Unsecured CPN 3.25%, 3/1/16 | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. - Thermo Fisher Scientific Sr Unsecured CPN 2.25%, 8/15/16 | | | | | | | | | |
| 154. - John Deere Capital Corp Medium Term Notes CPN 1.85%, 9/15/16 | | | | | | | | | |
| 155. - Ace INA Holdings Notes Callable CPN 5.7%, 2/15/17 | | | | | | | | | |
| 156. - American Express Senior Notes CPN 6.15%, 8/28/17 | | | | | | | | | |
| 157. - Merrill Lynch & Co Medium Term Notes CPN 6.4%, 8/28/17 | | | | | | | | | |
| 158. - Anheuser-Busch Inbev Wor Co. GTD Ser WI CPN 5.375%, 1/15/20 | | | | | | | | | |
| 159. - Comcast Corp Company GTD CPN 5.15%, 3/1/20 | | | | | | | | | |
| 160. - Dominion Resources Inc Sr Unsecured Ser A CPN 4.45%, 3/15/21 | | | | | | | | | |
| 161. - Caterpillar Inc Sr Unsecured CPN 3.9%, 5/27/21 | | | | | | | | | |
| 162. - Capital One Financial Co Senior Notes CPN 4.75%, 7/15/21 | | | | | | | | | |
| 163. - Cigna Corp Sr Unsecured CPN 4.0%, 2/15/22 | | | | | | | | | |
| 164. - Marathon Oil Corp Sr Unsecured Callable CPN 2.8%, 11/1/22 | | | | | | | | | |
| 165. - Dow Chem Co/The Sr Unsecured Callable CPN 3.0%, 11/15/22 | | | | | Sold | 11/24/14 | J | | |
| 166. - Midamerican Energy Hldgs Bonds CPN 6.125%, 4/1/36 | | | | | | | | | |
| 167. - Metlife Inc Subord Fltg Rate Notes Final Legal Mty 12/15/66 CPN 6.4 | | | | | | | | | |
| 168. - AT&T Inc Senior Notes Callable CPN 6.55%, 2/15/39 | | | | | | | | | |
| 169. - EBay Inc Sr Unsecured CPN 4.0%, 7/15/42 | | | | | Sold | 10/02/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. - US Treasury Inflation Index Notes 0.5%, 4/15/15 | | | | | Sold | 01/15/14 | J | A | |
| 171. - Federal Natl Mtg Assn Notes CPN 2.375%, 7/28/15 | | | | | Sold | 12/03/14 | J | A | |
| 172. - US Treasury Notes CPN 1.75%, 7/31/15 | | | | | Buy (add'l) | 02/03/14 | J | | |
| 173. | | | | | Sold (part) | 05/29/14 | J | | |
| 174. | | | | | Sold (part) | 06/11/14 | J | | |
| 175. | | | | | Buy (add'l) | 08/22/14 | J | | |
| 176. | | | | | Sold (part) | 11/24/14 | J | | |
| 177. | | | | | Sold (part) | 12/23/14 | J | | |
| 178. - Federal Home Ln Mtg Corp Notes CPN 2.5%, 5/27/16 | | | | | | | | | |
| 179. - US Treasury Notes CPN 1.0%, 8/31/16 | | | | | | | | | |
| 180. - US Treasury Notes CPN 3.25%, 3/31/17 | | | | | Sold (part) | 09/29/14 | J | | |
| 181. - Federal Home Ln Mtg Corp Medium Term Note CPN 3.75%, 3/27/19 | | | | | | | | | |
| 182. - Credit Suisse Subordinate Notes CPN 5.4%, 1/14/20 | | | | | Sold | 05/14/14 | J | A | |
| 183. - Union Pacific Corp | | | | | Sold | 03/04/14 | J | B | |
| 184. - US Treasury Inflation Indexed Notes CPN 1.625%, 1/15/18 | | | | | Sold | 05/15/14 | J | A | |
| 185. - US Treasury Notes CPN 3.875%, 5/15/18 | | | | | Sold (part) | 02/03/14 | J | A | |
| 186. | | | | | Sold (part) | 09/29/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. - US Treasury Notes CPN 2.625%, 8/15/20 | | | | | | | | | |
| 188. - US Treasury Notes CPN 2.125%, 8/15/21 | | | | | Sold | 08/21/14 | J | | |
| 189. - US Treasury Notes Indx Inflation CPN 1.75%, 1/15/28 | | | | | Sold | 01/14/14 | J | A | |
| 190. - ABBOTT LABORATORIES | | | | | | | | | |
| 191. - ALLEGHENY TECHNOLOGIES | | | | | Sold | 02/13/14 | J | A | |
| 192. - ALLEGION PLC | | | | | Sold | 01/10/14 | J | A | |
| 193. - AMERICAN INTL GROUP INC | | | | | | | | | |
| 194. - AMERIPRISE FINANCIAL INC | | | | | | | | | |
| 195. - CORNING INC | | | | | Buy (add'l) | 01/10/14 | J | | |
| 196. - DEVON ENERGY CORP | | | | | Buy (add'l) | 06/04/14 | J | | |
| 197. | | | | | Sold (part) | 09/26/14 | J | A | |
| 198. - EATON CORP PLC | | | | | Sold | 08/13/14 | J | A | |
| 199. - FORTUNE BRANDS HOME & SECURITY INC | | | | | Sold | 06/04/14 | J | A | |
| 200. - GENERAL MOTORS CO | | | | | Buy (add'l) | 02/20/14 | J | | |
| 201. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 202. | | | | | Sold (part) | 12/18/14 | J | | |
| 203. - HALLIBURTON COMPANY | | | | | Sold | 12/01/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. - LYONDELLBASELL INDUSTRIES AF SCA CLASS A | | | | | Sold | 03/05/14 | J | A | |
| 205. - MACY'S INC | | | | | Sold | 05/02/14 | J | A | |
| 206. - MORGAN STANLEY & CO | | | | | Buy (add'l) | 01/16/14 | J | | |
| 207. | | | | | Sold | 06/03/14 | J | A | |
| 208. - SEMPRA ENERGY | | | | | | | | | |
| 209. - VALERO ENERGY CORP NEW (VALERO REFNG & MKTING) | | | | | Sold (part) | 04/25/14 | J | B | |
| 210. | | | | | Sold | 07/08/14 | J | A | |
| 211. - WHITING PETROLEUM CORP | | | | | Sold | 12/01/14 | J | | |
| 212. - AMGEN INC SR UNSECURED CPN 2.125%, 5/15/17 | | | | | | | | | |
| 213. - ORACLE CORP NOTES CALLABLE CPN 5.75%, 4/15/18 | | | | | | | | | |
| 214. - GOLDMAN SACH GROUP NOTES CPN 2.90%, 7/19/18 | | | | | | | | | |
| 215. - KINDER MORGAN ENER PART SR UNSECURED CPN 2.65%, 2/1/19 | | | | | | | | | |
| 216. - DIRECTV HOLDINGS/FING COMPANY GTD CPN 3.8%, 3/15/22 | | | | | | | | | |
| 217. - US BANCORP SUBORDINATED MEDIUM TERM NOTES CPN 2.95%, 7/15/22 | | | | | Sold | 01/09/14 | J | | |
| 218. - SEMPRA ENERGY SR UNSECURED CALLABLE CPN 2.875%, 10/01/22 | | | | | | | | | |
| 219. - VERIZON COMMUNICATIONS SR UNSECURED CALLABLE CPN 2.45%, 11/1/22 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220. - GENERAL ELEC CAP CORP MEDIUM TERM NOTES CPN 3.1%, 1/9/23 | | | | | | | | | |
| 221. - MORGAN STANLEY SR UNSECURED CPN 3.75%, 2/25/23 | | | | | | | | | |
| 222. - CITIGROUP INC UNSECURED CPN 3.375%, 3/1/23 | | | | | | | | | |
| 223. - BURLINGTN NORTH SANTA FE SR UNSECURED CALLABLE CPN 3.0%, 3/15/23 | | | | | | | | | |
| 224. - JPMORGAN CHASE & CO SUBORDINATED CPN 3.375%, 5/1/23 | | | | | | | | | |
| 225. - FORD MOTOR CO SR UNSECURED CPN 4.75%, 1/15/43 | | | | | | | | | |
| 226. - US TREASURY NOTES CPN 0.75%, 6/15/14 | | | | | Sold (part) | 03/13/14 | J | | |
| 227. | | | | | Sold (part) | 04/08/14 | J | | |
| 228. | | | | | Sold | 06/16/14 | J | | |
| 229. - US TREASURY NOTES CPN 0.75%, 12/31/17 | | | | | | | | | |
| 230. - US TREASURY NOTES CPN 1.375%, 6/30/18 | | | | | Sold | 08/22/14 | J | | |
| 231. - US TREASURY NOTES CPN 1.375%, 9/30/18 | | | | | | | | | |
| 232. - US TREASURY NOTES CPN 1.125%, 12/31/19 | | | | | Sold (part) | 12/04/14 | J | | |
| 233. - US TREASURY NOTES CPN 2.5%, 8/15/23 | | | | | Buy (add'l) | 05/29/14 | J | | |
| 234. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 235. - US TREASURY BONDS CPN 2.75%, 11/15/42 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 236. - BANK OF MONTREAL MEDIUM TERM NOTES CPN 2.375%, 1/25/19 | | | | | | | | | |
| 237. - AGILENT TECH INC | | | | | Buy | 02/18/14 | J | | |
| 238. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 239. - KEYSIGHT TECHS INC (SPINOFF FROM AGILENT TECH INC) | | | | | Spinoff (from line 237) | 11/03/14 | J | | |
| 240. | | | | | Sold | 11/20/14 | J | | |
| 241. - ALLY FINANCIAL INC | | | | | Buy | 12/22/14 | J | | |
| 242. - BANK OF AMERICA CORP | | | | | Buy | 12/09/14 | J | | |
| 243. - BERRY PLASTICS GROUP INC | | | | | Buy | 02/13/14 | J | | |
| 244. - COLONY FINANCIAL INC | | | | | Buy | 02/04/14 | J | | |
| 245. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 246. - CSX CORP | | | | | Buy | 09/26/14 | J | | |
| 247. | | | | | Sold (part) | 12/01/14 | J | A | |
| 248. - CYPRESS SEMICONDUCTOR CORP | | | | | Buy | 03/03/14 | J | | |
| 249. - ENERGIZER HOLDINGS INC | | | | | Buy | 09/24/14 | J | | |
| 250. - EXXON MOBIL CORP | | | | | Buy | 04/25/14 | J | | |
| 251. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 252. - FIFTH THIRD BANCORP | | | | | Buy | 06/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253.  - FREEPORT-MCMORAN COPPER & GOLD INC | | | | | Buy | 03/05/14 | J | | |
| 254. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 255. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 256. | | | | | Sold (part) | 12/01/14 | J | | |
| 257. | | | | | Sold | 12/18/14 | J | | |
| 258.  - HELIX ENERGY SOLUTIONS GROUP | | | | | Buy | 12/29/14 | J | | |
| 259.  - HERTZ GLOBAL HLDGS INC | | | | | Buy | 03/04/14 | J | | |
| 260. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 261. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 262. | | | | | Sold | 09/12/14 | J | | |
| 263.  - KROGER COMPANY COMMON | | | | | Buy | 12/29/14 | J | | |
| 264.  - LIVE NATION ENTERTAINMENT INC | | | | | Buy | 09/26/14 | J | | |
| 265.  - MEDICINES COMPANY | | | | | Buy | 01/10/14 | J | | |
| 266. | | | | | Sold | 06/09/14 | J | | |
| 267.  - NORTHSTAR REALTY FINANCE CORP | | | | | Buy | 12/09/14 | J | | |
| 268.  - NRG ENERGY INC | | | | | Buy | 06/09/14 | J | | |
| 269. | | | | | Buy (add'l) | 10/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 270. - RITE AID CORPORATION | | | | | Buy | 02/13/14 | J | | |
| 271. | | | | | Sold | 10/13/14 | J | | |
| 272. - SPECTRA ENERGY CORP | | | | | Buy | 02/11/14 | J | | |
| 273. - STANLEY BLACK & DECKER INC | | | | | Buy | 08/29/14 | J | | |
| 274. - TEVA PHARMACEUTICAL | | | | | Buy | 06/09/14 | J | | |
| 275. - JOHN DEERE CAPITAL CORP MEDIUM TERM NOTES CPN 1.95%, 12/13/18 | | | | | Buy | 01/28/14 | J | | |
| 276. - CVS CAREMARK CORP SR UNSECURED CPN 2.25%, 12/05/18 | | | | | Buy | 03/12/14 | J | | |
| 277. - PRAXAIR INC SR UNSECURED NOTES CPN 4.625%, 03/30/15 | | | | | Buy | 01/14/14 | J | | |
| 278. - ENTERPRISE PRODUCTS OPER SENIOR NOTES CPN 6.5%, 01/31/19 | | | | | Buy | 06/25/14 | J | | |
| 279. | | | | | Sold | 10/07/14 | J | | |
| 280. - ENTERPRISE PRODUCTS OPER SR UNSECURED CPN 4.85%, 03/15/44 | | | | | Buy | 10/03/14 | J | | |
| 281. - MAGELLAN MIDSTREAM PRTNS SR NOTES CPN 5.65%, 10/15/16 | | | | | Buy | 03/13/14 | J | | |
| 282. - INTEL CORP SR UNSECURED CPN 4.8%, 10/01/41 | | | | | Buy | 09/29/14 | J | | |
| 283. - BANK OF AMERICA CORP INTERNOTES CPN 5%, 01/21/44 | | | | | Buy | 09/30/14 | J | | |
| 284. - US TREASURY NOTES CPN 0.25%, 07/15/15 | | | | | Buy | 06/20/14 | J | | |
| 285. | | | | | Sold (part) | 09/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 286. | | | | | Sold | 12/03/14 | J | A | |
| 287. - US TREASURY VARIABLE RATE NOTES DUE 10/31/16 DTD 10/31/14 | | | | | Buy | 12/02/14 | J | | |
| 288. | | | | | Buy (add'l) | 12/04/14 | J | | |
| 289. - US TREASURY NOTES CPN 0.875%, 11/15/17 | | | | | Buy | 12/03/14 | J | | |
| 290. - US TREASURY VARIABLE RATE NOTES DUE 01/31/16 DTD 01/31/14 | | | | | Buy | 04/09/14 | J | | |
| 291. | | | | | Buy (add'l) | 08/22/14 | J | | |
| 292. | | | | | Sold | 12/02/14 | J | A | |
| 293. - US TREASURY NOTES CPN 2.5%, 05/15/24 | | | | | Buy | 08/25/14 | J | | |
| 294. | | | | | Sold (part) | 11/12/14 | J | A | |
| 295. | | | | | Sold (part) | 12/12/14 | J | A | |
| 296. - US TREASURY INFLATION INDEX BONDS 0.625%, 02/15/43 | | | | | Buy | 01/15/14 | J | | |
| 297. - US TREASURY BONDS CPN 3.0%, 05/15/42 | | | | | Buy | 08/22/14 | J | | |
| 298. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 299. Simmons Bank (formerly Metropolitan National Bank-Little Rock) | A | Interest | J | T | | | | | |
| 300. Lafayette Co., AR (royalty & fractional mineral interests) | A | Royalty | K | W | | | | | |
| 301. Miller Co., AR (royalty & fractional mineral interest) | | None | J | W | | | | | |
| 302. Webster Parish, LA (royalty & fractional mineral inter.) | B | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 303. Caddo Parish, LA (royalty & fractional mineral inter.) | A | Royalty | J | W | | | | | |
| 304. Hempstead Co., AR (mineral interest) | | None | J | W | | | | | |
| 305. Miller Co., AR (land) | | None | J | W | | | | | |
| 306. IRA (0580) | D | Int./Div. | M | T | | | | | |
| 307. - ASTRAZENECA PLC SPON ADR | | | | | Sold (part) | 05/05/14 | J | | |
| 308. - BAE SYSTEMS PLACE | | | | | Sold | 02/27/14 | J | | |
| 309. - BANCO BILBAO VIZCAYA AGRENTARIA, S.A. ADR | | | | | | | | | |
| 310. - BANK MONTREAL QUEBEC | | | | | | | | | |
| 311. - BASF SE SPONSORED ADR | | | | | | | | | |
| 312. - BHP BILLITON PLC-ADR | | | | | Sold | 09/04/14 | J | | |
| 313. - BK NOVA SCOTIA HALIFAX | | | | | | | | | |
| 314. - BRISTOL MYERS SQUIBB CO | | | | | Sold (part) | 09/04/14 | J | A | |
| 315. | | | | | Sold | 11/14/14 | J | A | |
| 316. - BRITISH AMERN TOB PLC SPON ADR | | | | | | | | | |
| 317. - CHEVRON CORPORATION | | | | | | | | | |
| 318. - DEUTSCHE BOERSE AG-UNSPO ADR | | | | | | | | | |
| 319. - DIAGEO PLC SPONSORED ORD NEW | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 320. - DOMINION RES INC VA NEW | | | | | | | | | |
| 321. - DUKE ENERGY CORP COM NEW | | | | | | | | | |
| 322. - EATON CORP PLC | | | | | | | | | |
| 323. - ELI LILLY & CO | | | | | | | | | |
| 324. - ENI S P A SPON ADR | | | | | | | | | |
| 325. - GLAXOSMITHKLINE PLC-ADR | | | | | | | | | |
| 326. - HARRIS CORP DEL | | | | | | | | | |
| 327. - HSBC HOLDINGS PLC-SPON ADR | | | | | | | | | |
| 328. - ITOCHU CORP ADR | | | | | Sold | 12/18/14 | J | | |
| 329. - JOHNSON & JOHNSON | | | | | Buy (add'l) | 05/05/14 | J | | |
| 330. - KEPPEL LTD SPONSORED ADR | | | | | Sold | 02/28/14 | J | | |
| 331. - KIMBERLY-CLARK CORP | | | | | | | | | |
| 332. - KONINKLIJKE PHILIPS N V NY REG SH | | | | | | | | | |
| 333. - LAS VEGAS SANDS CORP | | | | | | | | | |
| 334. - LOCKHEED MARTIN CORP | | | | | Sold (part) | 11/14/14 | J | A | |
| 335. - MCDONALDS CORP | | | | | | | | | |
| 336. - MICHELIN (CGDE) UNSP ADR | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 337. - MICROSOFT CORP | | | | | | | | | |
| 338. - NATIONAL GRID PLC SPON ADR NEW | | | | | | | | | |
| 339. - NESTLE S A REG ADR | | | | | | | | | |
| 340. - NISSAN MTR LTD SPONS-ADR | | | | | Sold | 07/29/14 | J | A | |
| 341. - NOVARTIS AG SPON ADR | | | | | Buy (add'l) | 11/14/14 | J | | |
| 342. - PFIZER INCORPORATED | | | | | | | | | |
| 343. - PHILIP MORRIS INTERNATIONAL INC | | | | | | | | | |
| 344. - PPL CORPORATION | | | | | | | | | |
| 345. - PROCTER & GAMBLE CO | | | | | Sold | 02/27/14 | J | | |
| 346. - PRUDENTIAL PLC SPON ADR | | | | | | | | | |
| 347. - PUBLIC SVC ENTERPRISE GROUP INC | | | | | | | | | |
| 348. - RECKITT BENCKISER PLC SPONSORED ADR | | | | | | | | | |
| 349. - ROCHE HOLDINGS LTD ADR | | | | | | | | | |
| 350. - ROYAL DUTCH SHELL PLC ADR CL A | | | | | Buy (add'l) | 12/19/14 | J | | |
| 351. - SANOFI ADR | | | | | | | | | |
| 352. - SIEMENS A G - ADR | | | | | Buy (add'l) | 09/05/14 | J | | |
| 353. - SINGAPORE TELECOMMUNICATIONS-ADR | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 354. - SUMITOMO MITSUI FINL GROUP INC SPON ADR | | | | | | | | | |
| 355. - TELENOR ASA-ADS | | | | | | | | | |
| 356. - TELIASONERA AB-UNSPN ADR | | | | | Sold | 07/29/14 | J | | |
| 357. - TELSTRA CORPORATION LTD SPON ADR | | | | | | | | | |
| 358. - TOTAL S.A. SPONS ADR | | | | | | | | | |
| 359. - UNILEVER N V ADR | | | | | | | | | |
| 360. - VERIZON COMMUNICATIONS COM | | | | | | | | | |
| 361. - ZURICH INSURANCE GROUP ADR | | | | | | | | | |
| 362. - BHP BILLITON LTD SPON ADR | | | | | Buy | 02/27/14 | J | | |
| 363. - CISCO SYSTEMS INC | | | | | Buy | 02/27/14 | J | | |
| 364. - EXXON MOBIL CORP | | | | | Buy | 07/29/14 | J | | |
| 365. - LVMH MOET HENNESSY | | | | | Buy | 02/28/14 | J | | |
| 366. - LYONDELLBASELL INDUSTRIES AF SCA CLASS A | | | | | Buy | 07/29/14 | J | | |
| 367. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 368. - MERCK & CO INC NEW | | | | | Buy | 05/05/14 | J | | |
| 369. - RIO TINTO PLC SPONSORED ADR | | | | | Buy | 09/04/14 | J | | |
| 370. - TOYOTA MTR CORP ADR NEW 3/82 | | | | | Buy | 07/29/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/28/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts:

Part I indicates that reporting person is a trustee of four family trusts. Only one of these trusts is reportable in Part VII.

Line 4 on 12/31/2013 report (T.D. Williamson, Inc. C.S. (Ed.)) is not being included on the 12/31/2014 report in accordance with the new requirements of disclosure of assets held in a trust. The filer or spouse did not create the trust, and did not receive any income or have any beneficial interest in the trust.

Lines 6 through lines 51 on the 12/31/2013 report (Family Testamentary Trust 1 (BW) MSDW (9801)) are not being included on the 12/31/2014 report in accordance with the new requirements of disclosure of assets held in a trust. The filer or spouse did not create the trust, and did not receive any income or have any beneficial interest in the trust.

Lines 52 through 90 on the 12/31/2013 report (Family Testamentary Trust 11 BW (MSDW) 8977) are not being included on the 12/31/2014 report in accordance with the new requirements of disclosure of assets held in a trust. The filer or spouse did not create the trust, and did not receive any income or have any beneficial interest in the trust.

Line 351 on the 12/31/2013 report (WA Brok. Acct.8 K W Ed. Fd. (4446-cash)) is not being included on the 12/31/2014 report in accordance with the new requirements of disclosure of assets held in a trust. The filer or spouse did not create the trust, and did not receive any income or have any beneficial interest in the trust.

Lines 553 through 600 on the 12/31/2013 report (MS Children's Trust (8984) are not being included on the 12/31/2014 report in accordance with the new requirements of disclosure of assets held in a trust. The filer or spouse did not create the trust, and did not receive any income or have any beneficial interest in the trust.

Line 3 - Reporting person is Trustee of this family trust, a trust created by reporting person. The underlying assets are reported on lines 4 through 58.

Line 59 - an IRA account. The underlying assets are reported on lines 60 through 117.

Line 118 - A heading for a brokerage account. The underlying assets are reported separately on lines 119 through 131, including the income, year-end values and transactions.

Line 132 - an IRA account. The underlying assets are reported on lines 133 through 298.

Line 306 - an IRA account. The underlying assets are reported on lines 307 through 370.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN W. WRIGHT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544